585 A.2d 377

LOIS MORGAN v. PRUDENTIAL INSURANCE
COMPANY OF AMERICA.

September 18, 1990.

Petition for certification denied. (See 242 *N.J.Super.* 638,
577 *A.*2d 1300.)

585 A.2d 377

PAUL M. JETTE v. ESTATE OF DAYTON HOPKINS.

September 18, 1990.

Petition for certification denied.

585 A.2d 377

WILLIAM J. RODGERS v. FIRST AMERICAN
TITLE INSURANCE CO.

September 18, 1990.

Petition for certification denied.

585 A.2d 377

LAWRENCE HITLIN v. LOUIS J. DOUGHERTY, M.D.

September 18, 1990.

Petition for certification denied.